IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TENASKA III, INC., et al., | ) |
| Plaintiffs, | ) |
| vs. | ) 8:06CV257 |
| | ) ORDER |
| TTP, INC. OF SOUTH DAKOTA, et al., | ) |
| Defendants. | ) |

On the court's own motion, the telephone planning conference previously set for August 28, 2006, at 2:00 p.m. is cancelled and is **rescheduled for August 30, 2006, at 2:00 p.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 7th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge