**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **TENASKA III, INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **8:06CV257** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **TTP INC. OF SOUTH DAKOTA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon notice of settlement given to the magistrate judge on August 23, 2006, by Steven Davidson, for the plaintiffs,

**IT IS ORDERED that:**

1.      The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before September 25, 2006**.  If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3.      The planning conference scheduled is cancelled upon the representation that this case is settled.

DATED this 23rd day of August, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge