IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TENASKA III, TENASKA III PARTNERS, and TENASKA PARIS,　　Plaintiffs,<br><br>V.<br><br>TTP, TEXAS PARIS COGEN, and DPC POWER,　　Defendants. | 8:06CV257<br><br>ORDER OF DISMISSAL |

　　The matter before the court is the parties' joint motion to dismiss this case with prejudice, Filing No. 22. The court finds that this matter should be dismissed with prejudice.

　　IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiffs' cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

　　DATED this 22nd day of September, 2006.

　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　JOSEPH F. BATAILLON
　　　　　　　　　　　　　　　　United States District Judge